**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| ELIZABETH HIRSHOM,<br><br>Plaintiff<br><br>v.<br><br>YORK HOSPITAL, and<br>YORK COUNTY UROLOGY,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 2:16-cv-00455-DBH |

## STIPULATION OF DISMISSAL

NOW COME the above-captioned parties, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims asserted against Defendants with prejudice and without any costs to any party.

Dated: 12/21/16

<u>/s/ Terrence D. Garmey</u>
Terrence D. Garmey, Esq.
*Attorney for Plaintiff*
TERRY GARMEY & ASSOCIATES
482 Congress Street, Suite 402
Portland, ME 04101
(207) 899-4644

Dated: 12/21/16

<u>/s/ Karen Frink Wolf</u>
Karen Frink Wolf, Esq.
*Attorneys for Defendant York Hospital*
VERRILL DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME 04112-0586
(207) 774-4000

Dated: 12/21/16

<u>/s/ Jennifer A.W. Rush</u>
Jennifer A.W. Rush ~ Bar No. 9610
*Attorney for Defendant York County Urology*
NORMAN HANSON &DETROY, LLC
Two Canal Plaza
Po Box 4600
Portland, ME 04112-4600
207-774-7000